UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22709-CIV-WILLIAMS/SIMONTON

AMALIA D. NOGUERA, )
)
       Plaintiff, )
vs. )
)
LEROY ROY HAUSMANN and )
JESSICA HAUSMANN, )
)
       Defendants. )
_____ )

**PLAINTIFF'S STATEMENT OF CLAIM**

    **COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to Court Order entered on July 23, 2015 [D.E. 5], and Plaintiff's Initial Complaint filed July 21, 2015 [D.E. 1], and hereby files Plaintiff's Statement of Claim, and states as follows:

**A. Federal Minimum Wage Claim:**

  1. <u>Period Claimed: October 9, 2012 – July 15, 2015</u>

    a.    <u>Weeks:</u>  144

    b.    <u>Hours (worked per week):</u>  84

    c.    <u>Minimum wage:</u>  \$7.25/hr

    d.    <u>Wage paid:</u>  \$5.95/hr

    e.    <u>Wage owed:</u>  \$1.30/hr

    f.    <u>Amount owed:</u>  \$1.30/hr  x  84 hrs/week  x  144 weeks  =  \$15,724.80.

  Liquidated Damages: \$15,724.80 x  2  =  \$31,449.60, plus attorney's fees and costs.

    Respectfully submitted this August 11, 2015.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
jgarrett.jhzidellpa@gmail.com
Florida Bar Number: 105151


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

August 11, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
jgarrett.jhzidellpa@gmail.com
Florida Bar Number: 105151