UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:15-CV-22709-KMW

AMALIA D. NOGUERA,

    Plaintiff,

v.

LEON ROY HAUSMANN, and
JESSICA HAUSMANN,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

This Cause comes before the Court on Defendants' Amended Notice of Filing Proposed Order Scheduling Mediation. The Mediation Conference in this matter will be held with Neil Flaxman Mediation on December 10, 2015 at 10:00a.m., at Mager Paruas, LLC, located at 2719 Hollywood Boulevard, 1st Floor, Hollywood, Florida 33314 (954) 763-2800.

DONE AND ORDERED in chambers in Miami, Florida, this 3rd day of December, 2015.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record